Certificate Number: 13858-NJ-CC-039240775



13858-NJ-CC-039240775

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 14, 2025, at 3:56 o'clock PM EST, Diana K Piedrahita-Henao received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of New Jersey, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   January 14, 2025            By:     /s/Wendel Ruegsegger

                                     Name:  Wendel Ruegsegger

                                     Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number (If known): _____

# Official Form 121

## Statement About Your Social Security Numbers

12/15

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Part 1: Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You

**For Debtor 1:**

1. Your name

   Diana
   First name

   _____
   Middle name

   Piedrahita
   Last name

**For Debtor 2 (Only If Spouse Is Filing):**

   _____
   First name

   _____
   Middle name

   _____
   Last name

### Part 2: Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers

2. All Social Security Numbers you have used

   7 6 8 - 5 4 - 3 5 6 5

   _ _ _ - _ _ - _ _ _ _

   ☐ You do not have a Social Security number.

   _ _ _ - _ _ - _ _ _ _

   _ _ _ - _ _ - _ _ _ _

   ☐ You do not have a Social Security number.

3. All federal Individual Taxpayer Identification Numbers (ITIN) you have used

   9 _ _ - _ _ - _ _ _ _

   9 _ _ - _ _ - _ _ _ _

   ☐ You do not have an ITIN.

   9 _ _ - _ _ - _ _ _ _

   9 _ _ - _ _ - _ _ _ _

   ☐ You do not have an ITIN.

### Part 3: Sign Below

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

✗ /s/ [signature]
Signature of Debtor 1

Date 4/2/25
MM / DD / YYYY

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

✗ /s/
Signature of Debtor 2

Date _____
MM / DD / YYYY

Official Form 121         Statement About Your Social Security Numbers         Submit